

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/22/2023__

PETERPAUL SHAKER▪
RAMI SALIM▲▪
▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 20, 2023

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

    Re:    <u>Mercedes vs When The Shoe Fits, LLC.</u>
                **Case #: 1:23-cv-08265**

Dear Judge Torres:

    We represent the Plaintiff in the above matter. We write to respectfully request that the November 20, 2023, due date to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order be canceled or adjourned because Defendant has not yet been served, nor reached out to Plaintiff.

    Plaintiff is diligently attempting to serve Defendant with the summons and complaint.

    We thank Your Honor and the Court for its kind considerations and courtesies.

    Respectfully submitted,

    *s/ PeterPaul Shaker*
    PeterPaul Shaker, Esq.

GRANTED in part. The deadline for the parties to submit a joint letter and proposed case management plan is ADJOURNED to **December 22, 2023.**

SO ORDERED.

Dated: November 22, 2023
       New York, New York

ANALISA TORRES
United States District Judge