

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 12/22/2023
```

PETERPAUL SHAKER▪
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 21, 2023

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

    Re:    **Mercedes vs When The Shoe Fits, LLC.**
           **Case #: 1:23-cv-08265**

Dear Judge Torres:

    We represent the Plaintiff in the above matter. We write to respectfully request that the December 22, 2023, due date to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order be canceled or adjourned because Defendant has not yet been served.

    On November 30, 2023, counsel for the Defendant contacted Plaintiff. On December 5, 2023, Plaintiff responded to Defendant. Defendant failed to respond. On December 19, 2023, Plaintiff followed-up with Defendant, but was met with an out-of-office reply. Plaintiff is diligently attempting to serve Defendant with the summons and complaint.

    We thank Your Honor and the Court for its kind considerations and courtesies.

GRANTED. By **January 22, 2024**, the parties shall file a joint letter and jointly proposed case management plan.

SO ORDERED.

Dated: December 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge